# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REGINALD BRUMFIELD | CIVIL ACTION |
| VERSUS | NO.: 06-4062 |
| WARDEN | SECTION "A" (6) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date that the petitioner has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the petition is **DISMISSED WITH PREJUDICE**.

April 16, 2009

                                                                                    _____
                                                                                    **JAY C. ZAINEY**
                                                                                    **UNITED STATES DISTRICT JUDGE**